IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CPMOB HOLDINGS, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 16-255-CG-C |
| | ) |
| **SACRED HEART HEALTH** | ) |
| **SYSTEMS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice (Doc. 32), all claims in this action are hereby **DISMISSED with prejudice**.  Each party shall bear its own costs.

**DONE and ORDERED** this 24th day of July, 2017.


                                           /s/  Callie V. S. Granade
                                           SENIOR UNITED STATES DISTRICT JUDGE